UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 24-MJ-234 |
| | : 24 MJ 380 |
| DANIEL DENEUI, | : |
| | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 15, it is hereby ordered that the

Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of Jan., 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge